**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02210-MSK-KLM

FRANKLIN JONES,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., doing business as Wells Fargo Mortgage,

    Defendant.

---

## DEFAULT JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

    Pursuant to the Order Adopting Recommendation and Granting Motion for Default Judgment of Chief Judge Marcia S. Krieger entered on August 7, 2014 it is

    ORDERED that the Court **ADOPTS** the Recommendation and **GRANTS** Mr. Jones' Motion for Default Judgment (ECF Doc. No. **17**). It is further

    ORDERED that default judgment is hereby entered in favor of Plaintiff Franklin Jones and against Defendant Wells Fargo Bank, N.A. in the total amount of $14,425.88.  It is further

    ORDERED that post-judgment interest shall accrue on the amounts awarded in this matter at the legal rate of <u>0.11%</u> per annum from the date of entry of judgment. It is further

    ORDERED that Franklin Jones shall have his costs by the filing of a Bill of Costs

with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of August, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/  A. Thomas

Deputy Clerk